# EXHIBIT J

# IV. Departures and Variances
# Question 13.  Factors to Consider at Sentencing

**Table 13.  Relevance of various characteristics at sentencing.**

| | Is Ordinarily Relevant to Within-Range Determination | Is Ordinarily Relevant to Departure and/or Variance Consideration | Never Relevant | Number |
|---|---|---|---|---|
| | Percent of Judges Responding Affirmatively | | | |
| Age | 57% | 67% | 0% | 639 |
| Education | 46 | 48 | 5 | 639 |
| Vocational Skills | 41 | 41 | 6 | 639 |
| Mental Condition | 65 | 79 | 0 | 639 |
| Emotional Condition | 51 | 60 | 3 | 639 |
| Physical Condition | 51 | 64 | 1 | 639 |
| Drug Dependence | 50 | 49 | 5 | 639 |
| Alcohol Dependence | 48 | 47 | 5 | 639 |
| Gambling Addiction | 38 | 39 | 10 | 639 |
| Employment Record | 62 | 65 | 2 | 639 |
| Family Ties and Responsibilities | 57 | 62 | 2 | 639 |
| Community Ties | 46 | 49 | 5 | 639 |
| Dependence on Criminal Livelihood | 56 | 55 | 12 | 639 |
| Stress Related to Military Service | 48 | 64 | 4 | 225* |
| Civic, Charitable, or Public Service | 52 | 60 | 2 | 639 |
| Employment-Related Contributions | 43 | 47 | 9 | 639 |
| Prior Good Works | 55 | 62 | 3 | 639 |
| Lack of Guidance as a Youth | 49 | 49 | 7 | 639 |
| Disadvantaged Upbringing | 48 | 50 | 7 | 639 |
| Diminished Capacity | 66 | 80 | 0 | 639 |
| Voluntary Disclosure of Offense | 70 | 74 | 0 | 639 |
| Post-Sentencing Rehabilitative Efforts | 51 | 57 | 6 | 639 |
| Post-Offense Rehabilitative Efforts | 61 | 70 | 1 | 639 |
| Aberrant Behavior | 64 | 74 | 1 | 639 |
| Exceptional Efforts to Fulfill Restitution Obligations | 62 | 75 | 1 | 639 |
| Undue Influence Related to Affection, Relationship, or Fear of Other Offender(s) | 57 | 68 | 3 | 639 |

Note.  *Data for "stress related to military service" was collected from judges who responded on paper questionnaires and was erroneously omitted from the online survey. "Number" refers to respondents who answered question.  Percents do not sum to 100% because many judges responded affirmatively to more than one condition.