UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:16-cr-61-J-39MCR

JUSTIN G. PENNINGTON

## GOVERNMENT'S MOTION TO WITHDRAW MOTION TO STRIKE

On November 14, 2017, the United States filed a Motion to Strike (Doc. No. 117). This motion was seeking to strike Defendant's Corrected Sentencing Mitigation Report (Doc. No. 117). The undersigned mistakenly believed that an initial sentencing mitigation report had not been timely filed[1].

Today, while working out of the United States Attorney's Office, the undersigned reviewed the electronic case file and identified the undersigned's error. Upon review of the Defendant's Sentencing Mitigation Report (Doc. No. 115), it is clear that it was timely filed and an error was made in not attaching the noted exhibits.

---

[1] The undersigned is currently in the capacity of a Special Assistant United States Attorney and primarily works from home and did not have access to the electronic directories located at the United States Attorney's Office.

Wherefore, the United States does not oppose the Defendant's filing of the corrected version of his Sentencing Mitigation Report (Doc. No. 116) and hereby requests to withdraw the United States' Motion to Strike same and apologizes for any inconvenience to this Court.

    Respectfully submitted,

    W. STEPHEN MULDROW
    Acting United States Attorney

    *s/Mark B. Devereaux*
    MARK B. DEVEREAUX
    Special Assistant United States Attorney
    USAO No. 49
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone: (904) 301-6300
    COUNSEL FOR UNITED STATES

U.S. v. JUSTIN G. PENNINGTON      Case No. 3:16-cr-61-J-39MCR

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    William Kent, Esq.

                              *s/Mark B. Devereaux*
                              MARK B. DEVEREAUX
                              Special Assistant United States Attorney